No. 10M65. JASSO ET AL. *v.* UNITED STATES FOREST SERVICE ET AL.;
No. 10M66. CLEMONS *v.* KANSAS;
No. 10M67. MOTTON *v.* GRANNIS; and

No. 10M68. BOYER ET UX. *v.* FRISCIA ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.